THE STATE OF OHIO, APPELLEE, *v.* PIERCE, APPELLANT.

[Cite as *State v. Pierce,* 120 Ohio St.3d 321, 2008-Ohio-6248.]

322

(No. 2007–1605—Submitted October 14, 2008—Decided December 9, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Ferguson,* 120 Ohio St.3d 7, 2008-Ohio-4824, 896 N.E.2d 110.

MOYER, C.J., and O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

PFEIFER, LUNDBERG STRATTON, and LANZINGER, JJ., dissent for the reasons stated in the dissenting opinion of LANZINGER, J., in *State v. Ferguson.*

William D. Mason, Cuyahoga County Prosecuting Attorney, and Mary H. McGrath, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and Cullen Sweeney, Assistant Public Defender, for appellant.